144 A.3d 711

**POLING**

v.

**CAPLEASE, INC.**

**Pet. Docket No. 203, Sept. Term 2016**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

■

144 A.3d 711

**QUITTMAN, Kenneth A.**

v.

**CITY OF ROCKVILLE**

**Pet. Docket No. 180, Sept. Term, 2016**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.